494 P.2d 1322

### The BALTIMORE LIFE INSURANCE COMPANY, a Maryland corporation, Appellant,

v.

### Hugh L. HARN et al., Appellees.

### No. 10617-PR.

Supreme Court of Arizona.

March 29, 1972.

CAMERON, V. C. J., did not participate in the determination of this matter.